**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**JUVENILE MALE, Defendant—**
**Appellant.**

**No. 07–50538.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 5, 2010.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Oscar F., a juvenile male, appeals from an adjudication of juvenile delinquency, in violation of 18 U.S.C. § 5032, after a finding of guilt by the district court for multiple violations of 8 U.S.C. § 1324. We have jurisdiction under 28 U.S.C. § 1291. We may affirm on any ground supported by the record, *Dittman v. California,* 191 F.3d 1020, 1027 n. 3 (9th Cir.1999), and we affirm.

Oscar F. contends the district court lacked jurisdiction over him because the 18

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S.C. § 5032 certification was inaccurate. The parties do not dispute that the state authorities did not prosecute Oscar F. for the instant offenses. A de novo review of the record reveals that the United States Attorney accurately certified that "the State of California does not have jurisdiction" over Oscar F. *See United States v. Juvenile Male*, 595 F.3d 885, 891–95 (9th Cir.2010) (concluding that when the appropriate state prosecutor decides not to prosecute a particular juvenile for the specific crime at issue, the state court never obtains jurisdiction over the juvenile); *United States v. Male Juvenile*, 280 F.3d 1008, 1014 (9th Cir.2002) (stating standard of review). Accordingly, the district court properly exercised jurisdiction over Oscar F.

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.